UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAVON CHRISTOPHER TOLLERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE CHEESECAKE FACTORY ) <br> RESTAURANTS, INC., et al., ) <br> ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 5:10-CV-474-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 6, 2010, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failing to survive frivolity review under 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 8, 2010, and Copies To:**
Javon Christopher Tollerson (via U.S. Mail) 3215 Capital Boulevard US 1,
　　　　　　　　　　　　　　　Suite 319, Raleigh, NC 27604


December 8, 2010　　　　　　　　DENNIS P. IAVARONE, CLERK
　　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk